1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   CRAIG YATES,                )
                                  )
12            Plaintiff(s),       )      No. C10-3073 BZ
                                  )
13        v.                      )
                                  )      **ORDER TO SHOW CAUSE**
14   DELANO RETAIL PARTNERS LLC,  )
     et al.,                      )
15                                )
              Defendant(s).       )
16   _____)

17        On November 17, 2011, mediator Robin W. Siefkin certified

18   that an unsuccessful mediation process had been completed.

19   Pursuant to General Order 56, which governs this case,

20   plaintiff should have filed a motion for administrative relief

21   requesting a case management conference **seven days** thereafter.

22   Plaintiff has failed to do so.  Plaintiff is therefore **ORDERED**

23   to show cause on **December 13, 2011 at 4:00 p.m.**, in **Courtroom**

24   **C**, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

25   Francisco, California 94102, why this case should not be

26   ///

27   ///

28   ///

1

1   dismissed for lack of prosecution and failure to comply with

2   court orders.

3   Dated: December 2, 2011

4                                    _____
                                     Bernard Zimmerman
5                                    United States Magistrate Judge

6

7   G:\BZALL\-BZCASES\YATES V. DELANO\ORDER TO SHOW CAUSE.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28