UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,

    Plaintiff(s),

v.

DELANO RETAIL PARTNERS LLC, et al.,

    Defendant(s).

No. C10-3073 BZ

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING CASE MANAGEMENT CONFERENCE**

Having reviewed the Amended Response to the Order to Show Cause, **IT IS HEREBY ORDERED** as follows:

    1. The Order to Show Cause is **DISCHARGED**. The hearing scheduled for December 13, 2011 is **VACATED.**

    2. A case management conference is scheduled for **Tuesday, January 31, 2012 at 4:00 p.m.**, in **Courtroom C**, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. By **January 24, 2012**, the parties shall file a joint case management statement containing a

///

///

///

1

proposed schedule for trying the remaining issues.

Dated: December 9, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YATES V. DELANO\ORDER DISCHARGING OSC AND SETTING CMC.wpd